IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE DURAN and
SANDRA DURAN,

    Plaintiffs,

vs.                                                  Civ. No.1:13-CV-00029 KG-GBW

HOME DEPOT USA, INC., d/b/a
HOME DEPOT,

    Defendant.

### ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court on Plaintiffs' Motion to Dismiss With Prejudice All Claims Against Defendant Home Depot USA, Inc., d/b/a Home Depot, and the Court being fully advised in the premises:

IT IS THEREFORE ORDERED that the motion is GRANTED and all of the claims which were brought or could have brought in the above-entitled action are dismissed with prejudice, with all costs to be taxed against the party incurring same.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:                                        Approved by:

*/s/ Ray Twohig*                                   */s/ Arthur K. Smith*
_____                _____
Ray Twohig                                              Arthur K. Smith
Attorney for Plaintiffs                            Attorney for Defendant